IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CURTIS HOLMES, JR.,<br><br>　　　　　　　　Defendant. | 8:17CR190<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's duplicate "Motion for Compassionate Release," ECF No. 41.  The Defendant's identical Motion, ECF No. 39, was denied without prejudice on June 1, 2020, due to the Defendant's failure to exhaust administrative remedies.  See Memorandum and Order, ECF No. 40.  The pending Motion will be denied for the same reasons.

Accordingly,

IT IS ORDERED:

1. The Defendant's "Motion for Compassionate Release," ECF No. 41, is denied without prejudice to resubmission following exhaustion of administrative remedies; and
2. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 16th day of June 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Senior United States District Judge